DONNA W. LOW, Bar No. 148874
NICHOLAS J. LEONARD, Bar No. 260322
LOW McKINLEY & SALENKO, LLP
2150 River Plaza Drive, Suite 250
Sacramento, CA 95833
Telephone:   (916) 231-2400
Facsimile:   (916) 231-2399
Email: dwl@lmblaw.net
Email: njl@lmblaw.net

Attorneys for Defendant DIGNITY HEALTH DBA BAKERSFIELD MEMORIAL HOSPITAL

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY VICKERS ON HER OWN BEHALF AND ON BEHALF OF HER MINOR CHILD D.H.,<br><br>Plaintiffs,<br><br>vs.<br><br>MEAD JOHNSON & COMPANY, LLC, MEAD JOHNSON NUTRITION COMPANY, ABBOTT LABORATORIES, DIGNITY HEALTH D/B/A BAKERSFIELD MEMORIAL HOSPITAL, CHILDREN'S HOSPITAL LOS ANGELES, AND DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No.: 1:22-cv-00773-JLT-BAK<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6) AND TO STRIKE THE COMPLAINT FOR DAMAGES PURSUANT TO FRCP 12(f)**<br><br>Date:   August 12, 2022<br>Time:   9:00 a.m.<br>CR:    4, 7th Floor<br>Assigned for All Purposes to:<br>Honorable Judge Jennifer L. Thurston<br><br>Complaint Filed: April 6, 2022<br>Action Removed: June 23, 2022<br>Trial Date: None Set |

PLEASE TAKE NOTICE that on the date and time indicated above, or soon thereafter as counsel may be heard by the above-entitled court, Defendant DIGNITY HEALTH DBA BAKERSFIELD MEMORIAL HOSPITAL will move and hereby moves the Court for an order dismissing all claims against Defendant in the Complaint for Damages with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) on the following grounds:

1
NOTICE OF MOTION AND MOTION TO DISMISS

- The Complaint fails to State the sole Cause of Action against Defendant DIGNITY HEALTH DBA BAKERSFIELD MEMORIAL HOSPITAL for Negligent Failure to Warn because Plaintiffs are improperly alleging a negligent failure to warn cause of action against a hospital.

- The Complaint fails to State the sole Cause of Action of Plaintiff Ashley Vickers Individually against Defendant DIGNITY HEALTH DBA BAKERSFIELD MEMORIAL HOSPITAL for Negligent Failure to Warn because Ashley Vickers is not a proper individual Plaintiff.

- The Complaint fails to State the sole Cause of Action of Plaintiff "D.H." against Defendant DIGNITY HEALTH DBA BAKERSFIELD MEMORIAL HOSPITAL for Negligent Failure to Warn because the Complaint does not properly identify "D.H."

- The Complaint fails to state a claim against Dignity Health upon which punitive damages can be granted.

- The Complaint fails to state a claim against Dignity Health upon which attorney's fees can be granted.

PLEASE TAKE FURTHER NOTICE that Defendant DIGNITY HEALTH DBA BAKERSFIELD MEMORIAL HOSPITAL will move this Court for an Order striking the following improper and irrelevant portions of the Complaint:

- "129. For punitive damages resulting from Defendants' oppressive, fraudulent, and/or malicious conduct, as permitted by law;" (pp. 25:22-23.)

- "131. For attorney's fees, expenses, and recoverable costs incurred in connection with this action;" (pp. 25:25.)

This motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities attached hereto, the supporting declarations, and such oral and documentary evidence as may be presented at the time the motion is heard.

June 30, 2022

LOW McKINLEY & SALENKO, LLP

By _____
NICHOLAS J. LEONARD
Attorneys for Defendant DIGNITY HEALTH