DONNA W. LOW, Bar No. 148874
NICHOLAS J. LEONARD, Bar No. 260322
LOW McKINLEY & SALENKO, LLP
2150 River Plaza Drive, Suite 250
Sacramento, CA 95833
Telephone:    (916) 231-2400
Facsimile:    (916) 231-2399
Email: dwl@lmblaw.net
Email: njl@lmblaw.net

Attorneys for Defendant DIGNITY HEALTH DBA BAKERSFIELD MEMORIAL HOSPITAL

## UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY VICKERS ON HER OWN BEHALF AND ON BEHALF OF HER MINOR CHILD D.H., <br><br> Plaintiffs, <br><br> vs. <br><br> MEAD JOHNSON & COMPANY, LLC, MEAD JOHNSON NUTRITION COMPANY, ABBOTT LABORATORIES, DIGNITY HEALTH D/B/A BAKERSFIELD MEMORIAL HOSPITAL, CHILDREN'S HOSPITAL LOS ANGELES, AND DOES 1-10, INCLUSIVE, <br><br> Defendants. | Case No.: 1:22-cv-00773-JLT-BAK <br><br> **[PROPOSED] ORDER ON MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6) AND MOTION TO STRIKE THE COMPLAINT FOR DAMAGES PURSUANT TO FRCP 12(f)** <br><br> Date:    August 12, 2022 <br> Time:    9:00 a.m. <br> CR:      4, 7th Floor <br> **Assigned for All Purposes to:** <br> **Honorable Judge Jennifer L. Thurston** <br><br> Complaint Filed: April 6, 2022 <br> Action Removed: June 23, 2022 <br> Trial Date: None Set |

Considering the papers and arguments, and finding good case, Defendant DIGNITY HEALTH DBA BAKERSFIELD MEMORIAL HOSPITAL's Motion to Dismiss Pursuant to FRCP 12(b)(6) and Motion to Strike the Complaint for Damages Pursuant to FRCP 12(f) is GRANTED.

///

///

1
ORDER ON MOTION TO DISMISS PURSUANT TO FRCP 12(B)(6) AND TO MOTION STRIKE THE COMPLAINT FOR DAMAGES PURSUANT TO FRCP 12(F)

1  IT IS SO ORDERED.

2  Dated:

3  _____
   UNITED STATES DISTRICT JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

2
ORDER ON MOTION TO DISMISS PURSUANT TO FRCP 12(B)(6) AND TO MOTION STRIKE THE COMPLAINT FOR