Celeste M. Brecht (SBN 238604)
Caroline D. Murray (SBN 301754)
Ramanda R. Luper (SBN 313606)
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, California  90071.2452
Telephone:   +1.213.489.3939
Facsimile:    +1.213.243.2539
Email: cbrecht@jonesday.com
          carolinemurray@jonesday.com
          rluper@jonesday.com

Attorneys for Defendant
ABBOTT LABORATORIES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY VICKERS, Individually, and D.H., a minor child by and through a guardian ad litem, Ashley Vickers,<br><br>*Plaintiffs*,<br><br>v.<br><br>MEAD JOHNSON & COMPANY, LLC, MEAD JOHNSON NUTRITION COMPANY, ABBOTT LABORATORIES, DIGNITY HEALTH d/b/a BAKERSFIELD MEMORIAL HOSPITAL, CHILDREN'S HOSPITAL LOS ANGELES, and DOES 1-10, inclusive,<br><br>*Defendants*. | Case No. 1:22-cv-00773-JLT-BAM<br><br>Assigned for all purposes to<br>Hon. Jennifer L. Thurston<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO STAY ALL PROCEEDINGS AND DEADLINES PENDING TRANSFER TO MDL 3026**<br><br>Complaint Filed:   April 6, 2022<br>Action Removed:  June 23, 2022 |

**ORDER**

Following this Court's receipt of the Parties' Stipulation and joint request to stay all proceedings and deadlines in the above-captioned case (this "Action") pending the Judicial Panel on Multidistrict Litigation's ("JPML") transfer of this Action to *In re Preterm Infant Nutrition Prods. Liab. Litig.*, MDL No. 3026, this Court finds GOOD CAUSE exists and hereby ORDERS:

1. All proceedings and deadlines in this Action are **STAYED** pending the JPML's transfer of this Action to the MDL.

2. The hearing on Abbott's Motion to Stay Pending JPML's Final Decision on Transfer, set for August 5, 2022, is **VACATED**.

IT IS SO ORDERED.

Dated: **July 12, 2022**          /s/ Barbara A. McAuliffe
                                  UNITED STATES MAGISTRATE JUDGE